IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHIRLEY DIANE DEMARANVILLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) 7:21-cv-00151-WLS |
| ALFA RECOVERY CORP, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION GRANTING DEFENDANT AN EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

COMES NOW Alfa Recovery Corp, Defendant, and, with the consent of Plaintiff, Shirley Diane DeMaranville, and hereby respectfully files this joint Stipulation for the Court's review. The parties have agreed that Defendant may be granted an extension of thirty (30) days to Answer or otherwise respond to Plaintiff's Complaint, from March 9, 2022 up to and through April 8, 2022.

{Signatures on next page}

Respectfully submitted this 4th day of March, 2022.

/s/Matthew T. Berry
Berry & Associates, LLC
Georgia Bar No. 055663
2751 Buford Highway, Suite 600
Atlanta, Georgia 30324
Tel: (404) 235-3300
Fax: (404) 235-3333
Email: matt@mattberry.com

*Attorney for Plaintiff*

/s/ Jonathan E. Green
Jonathan E. Green
Georgia Bar No. 307053
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
3414 Peachtree Road, NE, Ste 1500
Atlanta, Georgia 30026
Phone: (404) 577-6000
Fax: 404-221-6501
Email: jeg@bakerdonelson.com
*Attorney for Defendant*

SO ORDERED this 7th day of March, 2022.

W. Louis Sands, Sr. Judge
United States District Court

2

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C) and 7.1(D).

This 4th day of March, 2022.

/s/ Jonathan E. Green
Jonathan E. Green
Georgia Bar # 307053

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing *Joint Stipulation Granting Defendant an Extension of Time To File Answer Or Otherwise Respond to Complaint* by filing the same using the Court's ECF system, which will automatically send notification to the following attorney of record for Plaintiff:

> Matthew T. Berry
> Berry & Associates, LLC
> 2751 Buford Highway, Suite 600
> Atlanta, GA  30324
> **Counsel for Plaintiff**

This 4th day of March, 2022.

/s/Jonathan E. Green
Jonathan E. Green
Georgia Bar # 166693

*Attorney for Defendant*

4