# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| Shirley Diane DeMaranville, | ) |
| Plaintiff, | ) Civil Action File No.: |
| | ) 7:21-cv-00151-WLS |
| v. | ) |
| Alfa Recovery Corp, | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Shirley Diane DeMaranville, by and through undersigned counsel, hereby dismisses this action against Defendant, Alfa Recovery Corp, **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 26th day of May, 2022.

BERRY & ASSOCIATES

/s/ Matthew T. Berry
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*

SO ORDERED this 27th day of May, 2022.

W. Louis Sands, Sr. Judge
United States District Court

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2022, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Alfa Recovery Corp, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Jonathan E. Green<br>
Shareholder<br>
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>
Monarch Plaza, Suite 1600<br>
3414 Peachtree Road, N.E.

BERRY & ASSOCIATES

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*