IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHIRLEY DIANE DEMARANVILLE, | * |
| Plaintiff, | * |
| v. | Case No.  7:21-CV-151(WLS) |
| | * |
| ALFA RECOVERY CORP, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 27, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 27th day of May, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk